IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **MARK ALLEN PINNELL,** | Case No. 3:06-cv-00828-BR |
| Petitioner, | **CAPITAL CASE** |
| v. | ORDER VACATING ORAL ARGUMENT AND DISMISSING HABEAS CORPUS PETITION |
| **BRIAN BELLEQUE,** Superintendent, Oregon State Penitentiary, | |
| Respondent. | |

    Petitioner Mark Allen Pinnell passed away on December 14, 2015. In light of his death, Mr. Pinnell's counsel has filed an unopposed motion asking the Court to vacate its order setting oral argument, Dkt. 350, and to dismiss Mr. Pinnell's habeas corpus petition as moot. Good cause appearing, the motion is GRANTED. Accordingly, the order setting oral argument, Dkt. 350, is VACATED, and the petition for writ of habeas corpus is DISMISSED as moot.

    IT IS SO ORDERED.

Entered this 16th day of December, 2015, at Portland, Oregon.

_____
The Honorable Anna J. Brown
United States District Judge

Proposed By:
/s/ Teresa A. Hampton
Teresa A. Hampton
Attorney for Petitioner

ORDER OF DISMISSAL – Page 1